# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

WILLIAM C. SAPPINGTON                                                    PETITIONER

V.                                                            CAUSE NUMBER: 3:24-CV-107 M-P

UNITED STATES MARSHALS SERVICE, ET AL.                    RESPONDENTS

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on April 22, 2024. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 31st day of January 2025.

                                                                /s/Michael P. Mills
                                                                 UNITED STATES DISTRICT JUDGE
                                                                 NORTHERN DISTRICT OF MISSISSIPPI